**Mayis ASATRYAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–73602.

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2011.*

Filed June 8, 2011.

■■■■■■■■■■■■
■■■■■■■■■■■■
■■■■■■■■■■■■

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Areg Kazaryan, Law Offices of Areg Kazaryan, Glendale, CA, for Petitioner.

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, OIL, Michael Christopher Heyse, Trial, U.S. Department of Justice, Washington, DC, for Respondent.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

### MEMORANDUM **

Mayis Asatryan, a native of Iran and citizen of Armenia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Toufighi v. Mukasey,*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

538 F.3d 988, 992 (9th Cir.2008), and we deny the petition for review.

The BIA did not abuse its discretion in denying Asatryan's motion to reopen because it was untimely, *see* 8 C.F.R. § 1003.2(c)(2), and Asatryan failed to present sufficient evidence of changed circumstances in Armenia to qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Toufighi,* 538 F.3d at 996–97 (evidence of changed circumstances insufficient in light of underlying adverse credibility determination).

### PETITION FOR REVIEW DENIED.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).